# EXHIBIT B

```
 1  BETSY C. MANIFOLD (182450)
    manifold@whafh.com
 2  RACHELE R. RICKERT (190634)
    rickert@whafh.com
 3  BRITTANY N. DEJONG (258766)
    dejong@whafh.com
 4  WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
 5  750 B Street, Suite 2770
    San Diego, CA 92101
 6  Telephone: 619/239-4599
    Facsimile: 619/234-4599
 7
 8  Counsel for Plaintiff and the [Proposed] Class
 9
10                  UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
12                         WESTERN DIVISION
13  LAUREL BIRMINGHAM,            )  Case No.:
    individually and on behalf of all )
14  others similarly situated,    )  AFFIDAVIT PURSUANT TO
                                  )  CALIFORNIA CIVIL CODE § 1780(d)
15                                )
16              Plaintiff,        )
                                  )
17  v.                            )
                                  )
18  EDGEWELL PERSONAL CARE        )
19  COMPANY, EDGEWELL             )
    PERSONAL CARE BRANDS,         )
20  LLC, and EDGEWELL             )
21  PERSONAL CARE, LLC,           )
                                  )
22                                )
23              Defendants.       )
                                  )
24
25
26
27
28
```

I, LAUREL BIRMINGHAM, hereby declare that:

1. I am a plaintiff in the above-captioned action. I have personal knowledge of the facts set forth below, and if called as a witness I could and would testify competently thereto. I make this affidavit as required by California Civil Code § 1780(d).

2. My Complaint filed in this matter contains a cause of action for violations of the Consumers Legal Remedies Act against Edgewell Personal Care Company, Edgewell Personal Care Brands, LLC, and Edgewell Personal Care, LLC (collectively, "Edgewell"), Delaware corporations doing business nationwide with their headquarters located in St. Louis, Missouri.

3. The Complaint in this action is filed in a proper place for the trial of this action because I am domiciled in Los Angeles County, California and because defendant Edgewell is doing business in Los Angeles County.

4. The Complaint in this action is further filed in a proper place for the trial of this action because a substantial portion of the transactions that are the subject of the action occurred in Los Angeles County.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed by me in Los Angeles, California, on June 25, 2016.

_____
LAUREL BIRMINGHAM

BANANABOAT:23015